DELWOOD REALTY CORP., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 40406.) — REYNOLDS, J.

Gibson, P. J., Herliby, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Reynolds, J.